**STEVEN ERIC GOULD**
NAME
**BE 5607**
PRISON IDENTIFICATION/BOOKING NO.
**Correctional Training Facility**
ADDRESS OR PLACE OF CONFINEMENT

*Related DD's*

*Fee Due*

FILED
CLERK, U.S. DISTRICT COURT

OCT 10 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Note:    It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**STEVEN ERIC GOULD**

FULL NAME (Include name under which you were convicted )
                                          Petitioner,

v.

**PEOPLE OF THE STATE OF CALIFORNIA**

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
(or) PERSON HAVING CUSTODY OF PETITIONER
**CRAIG KOENIG**
                                          Respondent.

CASE NUMBER:

**SA CV 18-1821-JGB (JC)**
To be supplied by the Clerk of the United States District Court

☐ _____ **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION **ORANGE**
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number )
CV **8:18 CV00206-JGB-JC**
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7.    When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

OCT - 4 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

*"Original"*

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention _Correctional Training Facility_
   b. Place of conviction and sentence _Superior Court of California, County of Orange (central Justice center). 3 years with 50% credit as reflected in abstract_

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _evading a peace officer / reckless driving_

   b. Penal or other code section or sections: _2800.2 VC Vehicle Code_

   c. Case number: _17 WF 1454_
   d. Date of conviction: _09-26-2017_
   e. Date of sentence: _09-26-2017_
   f. Length of sentence on each count: _3 years_

   g. Plea (*check one*):
      ☐ Not guilty
      ☒ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☐ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _G056519 = Petition for Writ of Habeas Corpus_
   b. Grounds raised (*list each*):
      (1) _Illegal sentence exceeding maximum punishment for 2800.2 VC_
      (2) _Invalid and illegal plea agreement, contract not signed by Judge or Prosecuting attorney._

_"original"_

(3) _____
(4) _____
(5) _____
(6) _____

c. Date of decision: **O8-O9-2O18**

d. Result **Denied without explaination**
_____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes  ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number: **S 250783 = Petition for Review w/ Habeas attached**

b. Grounds raised *(list each)*:

(1) **Plea agreement not signed by prosecuting attorney**
(2) **Plea agreement does not specify a felony**
(3) **VC 2800.2 is punishable by 6 months and not more than 1 year.**
(4) **Defendant/Attorney not present in court when abstract issued**
(5) **Defendant arraigned 14 days after arrest**
(6) **Prosecuting attorney failed to establish a basis of jurisdiction.**

c. Date of decision: **O9-26-2O18**

d. Result **Denied without explaination**
_____

5. If you did not appeal:

a. State your reasons _____
_____
_____
_____
_____

b. Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☒ Yes  ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: **Superior Court of CA, County of Orange**
   (2) Case number: **M-17468** **(Central Justice Center**
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: **O4-O4-2O18**

"Original"

(4) Grounds raised *(list each)*:

(a) violation of plea agreement

(b) violation of the United States Constitution

(c) amendments VIII and XIV.

(d) Deliberate Indifference to serious

(e) medical needs of petitioner

(f) See case no.: 2:18 CV01981-JAM-JEB

(5) Date of decision: 05-17-2018

(6) Result Denied. Medical issue unresolved/ignored, Attached abstract of judgement credit issue ignored

(7) Was an evidentiary hearing held? ☐ Yes ☒ No

b. (1) Name of court: Fourth Appellate Court of Appeal

(2) Case number: G056519 = Petition for Writ of Habeas Corpus

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: 07-03-2018

(4) Grounds raised *(list each)*:

(a) Illegal sentence

(b) Invalid/Illegal Plea Agreement

(c) US Constitution Amendment 5

(d) US Constitution Amendment 6

(e) US Constitution Amendment 8

(f) US Constitution Amendments 4 and 14

(5) Date of decision: 08-09-2018

(6) Result Denied without explaination

(7) Was an evidentiary hearing held? ☐ Yes ☒ No

c. (1) Name of court: Supreme Court of California

(2) Case number: S250783 = Petition for Review w/ Habeas Attached

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: 08-22-2018

(4) Grounds raised *(list each)*:

(a) ● ( Jurisdiction = prosecuting attorney has no basis of
● subject matter jurisdiction and failed to present any

(b) ● Arraignment violation of due process 14 days after arrest

(c) ● Illegal Sentence exceeding sentencing laws for 2800 vc

(d) ● Invalid plea agreement, contract not signed by prosecutor

● Violations of U.S. Constitution Amendments )

(e-i) ( 5, 6, 8, 4 and 14

"Original"

(5) Date of decision: **O 9 - 2 6 - 2 0 1 8**

(6) Result **Denied without explaination**

(7) Was an evidentiary hearing held?      ☐ Yes ☒ No

7.   Did you file a petition for certiorari in the United States Supreme Court?      ☐ Yes     ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

8.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the underlined facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:   *Exhaustion Requirement:*  In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court.  This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a.   Ground one: **U.S. Constitution Amendments: IV, V, XIV: Jurisdiction; Prosecuting attorney failed to state a basis of jurisdiction of the subject matter.**

(1) Supporting FACTS: **At the arraignment, Fourteen days after arrest, Petitioner's due process 5th amendment rights and other constitutional rights were violated by the prosecuting district attorney for failing to establish a basis of subject matter jurisdiction**

(2) Did you raise this claim on direct appeal to the California Court of Appeal?      ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?      ☒ Yes ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?      ☒ Yes ☐ No
**↳ Habeas petition submitted with petition for review.**

b.   Ground two: **U.S. Constitution Amendments V and XIV: Arraignment violation; Arraignment 14 days after arrest**

(1) Supporting FACTS: **Fourteen days passed violating civil rights and due process of petitioner delaying arraignment after unlawful arrest of petitioner in case 17WF1451**

"Original"

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☒ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No

US Constitution amendments: IV, V, XIV:

c. Ground three: Trial court imposed an illegal sentence: Judge or Prosecuting attorney did not sign plea agreement/contract.

(1) Supporting FACTS: Plea agreement is not binding or enforceable as it is unsigned by the Judge or prosecuting attorney. Sentence of 3 years exceeds punishment for 2800.2vc Vehicle Code 2800.2 carries no less than 6 months nor more than one year in state prison or the county jail.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☒ Yes  ☐ No
     ↳ habeas corpus

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☒ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No
     ↳ Habeas Petition submitted with petition for review.

d. Ground four: US Constitution amendments V and XIV: Trial court imposed an illegal felony commitment violating due process

(1) Supporting FACTS: Trial court issued felony abstract of judgement on 10-24-17 without petitioner as counsel present. Eight elements to secure a felony conviction were not specified in plea agreement. Vehicle code 2800.2 was not listed as felony in plea agreement

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☒ Yes  ☐ No
     ↳ habeas corpus

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☒ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No
     ↳ Habeas petition submitted with petition for review.

e. Ground five: US Constitution amendments IV, V, VIII, XIV Punishment exceeds law as written for 2800.2 V.C.

(1) Supporting FACTS: Petitioner has been in custody since 06-22-17 and has served over 15 months on a sentence for a violation of Vehicle Code 2800.2 Vehicle code 2800.2 does not carry a 3 year term and the punishment exceeds the law as written

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☒ Yes  ☐ No
     ↳ habeas corpus

"Original"

    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☒Yes   ☐No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☒Yes   ☐No

    4 Habeas petition submitted with petition for review.

9.  If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

10.  Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐Yes   ☒No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    _____

    (7) Was an evidentiary hearing held?   ☐Yes ☐No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

"Original"

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

12. Are you presently represented by counsel?    ☐ Yes ☒ No

~~If so, provide the name, address and telephone number~~ See below request for counsel:
I STEVEN ERIC GOULD am disabled and request appointment of counsel to assist me in any future proceedings to aid in my defense.

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

"ALL RIGHTS RESERVED"

*Steven Eric Gould*
_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

"ALL RIGHTS RESERVED"

Executed on **10-01-2018**
*Date*

*Steven Eric Gould*
_____
*Signature of Petitioner*

"Original"

STEVEN ERIC GOULD
*Petitioner*
PEOPLE OF THE STATE
OF CALIFORNIA
*Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, STEVEN ERIC GOULD, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐ Yes ☒ No
    b. Rent payments, interest or dividends? ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
    d. Gifts or inheritances? ☐ Yes ☒ No
    e. Any other sources? ☐ Yes ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

    _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes ☒ No

CV-69 (05/12)       PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)       Page 10 of 11

"Original"

If the answer is yes, state the total value of the items owned: _____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐Yes ☒No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: My Fiance and two sons are dependent upon me for support and I am unable to help them at this time.

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 10-01-2018 _____ "ALL RIGHTS RESERVED" _____
        Date          Steven Eric Haub
                                Signature of Petitioner

"ALL RIGHTS RESERVED"

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 0 on account to his credit at the Correctional Training Facility institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

_____

10·01·18 _____        _____ Capt.
        Date            Authorized Officer of Institution/Title of Officer

"Original"

S250783

CALIFORNIA SUPREME COURT

SUPREME COURT
FILED
CRC
8.25(b)
AUG 2 2 2018
Jorge Navarrete Clerk

Deputy

STEVEN ERIC GOULD, petitioner

vs

PEOPLE OF THE STATE OF CALIFORNIA,
                    respondant

PETITION FOR REVIEW
and DECLARATION
Case No.: 17WF1454
(Superior Court of CA
county of Orange)
    and
Case No.: G056519
(Court of Appeal CA
Fourth Appellate District)

RECEIVED

AUG 2 2 2018

CLERK SUPREME COURT

To The Honorable Judges of the California
Supreme Court please take notice of
this petition entitled PETITION FOR REVIEW
and DECLARATION. Petitioner hereby requests
a review of the record in Superior Court
of California, County of Orange Case number:
17WF1454 and Court of Appeal, Fourth
Appellate District Case number: G056519.

Descriptions of each of the legal issues
and there importance are described
briefly as follows as a copy of the
Petition of writ of Habeas Corpus and a copy
of the denial is attached to this motion
                              petition.
                    (1)

DATED: 08-19-2018        "ALL RIGHTS RESERVED"
                         Steven Eric Gould

1) Plea agreement "invalid" contract not signed by the People of the State of California or The prosecuting District Attorney. (Plea agreement dated 09-26-2017)

2) Plea agreement does not specify a Felony and does not establish the eight elements to secure a felony conviction.

3) Plea agreement is a misdemeanor for all purposes as it was presented for Violation of VC 2800.2 with VC 2800.4 "stayed."

4) VC 2800.2 carries a punishment of no less than 6 months no more than 1 year. Plea agreement is an illegal sentence as VC 2800.2 does not carry punishment of 3 years as there is no mention of Felony punishment on contract.

5) Abstract of Judgement dated 10-24-2018 violated due process of Petitioner as STEVEN ERIC GOULD (Defendant/Attorney) was not present in court upon issuance of Felony Abstract of Judgement.

6) Petitioner had no knowledge at the time that he was entering into an illegal contract based on fraud and petitioner was under duress.

7) Petitioner was arraigned 14 days after arrest and 27 days after arrest in Violation of the US Constitution Violating Due Process rights and the Liberty of STEVEN ERIC GOULD.

A Petition for Writ of Habeas Corpus was filed with the Court of Appeal, 4th Appellate District on 07-03-2018 and a ruling of denied was filed on 08-09-2018. Petitioner received the ruling on 08-13-2018 and hereby requests review on the merits of Petitioner as described above in paragraphs 1 thru 7 and for the following

Dated: 08-19-2018    (2)    "ALL RIGHTS RESERVED"
Steven Eric Gould

1  important fact in the matter of the initial proceeding
2  in the Arraignment on 07-06-17 after the
3  arrest on 06-22-17. Fourteen days
4  passed violating the civil rights of
5  STEVEN ERIC GOULD. When a copy
6  of the complaint was given to STEVEN
7  ERIC GOULD the Prosecuting District
8  Attorney failed to establish a basis of
9  Jurisdiction. By failing to establish
10  Jurisdiction on record any preceeding
11  entered into the matter of case number
12  is illegal and invalid whereas the petitioner
13  moves the California Supreme Court
14  to hear the case and take appropriate
15  action to answer the Prayer for Relief
16  of the Petition for Writ of Habeas Corpus
17  dated 06-24-18 filed on 07-03-18.
18  Petitioner prays that a release order is
19  issued for: STEVEN ERIC GOULD (in custody
20  as STEVEN E GOULD BE5607; California Department
21  of Corrections and Rehabilitation due to the
22  issues mentioned in this petition.
23  I STEVEN ERIC GOULD. Declare I am
24  the attorney representing the Petitioner. or
25  I declare under penalty of perjury that
26  everything stated in this petition is
27  true and correct. Executed on this
28  19th day of August 2018 at Monterey County, CA.

Dated: 08-19-2018        Respectfully Submitted,

"ALL RIGHTS RESERVED"
Steven Eric Gould

( 3 )

Name: STEVEN ERIC GOULD

Address: Correctional Training Facility

PO BOX 689
Soledad, CA 93960-0689

MC-275

CDC or ID Number: BE 5607

Fourth District Court of Appeal
~~PO Box 22055~~ 750 B Street, Suite 300
~~Santa Ana, CA 92702~~
San Diego, CA 92101
(Court)

STEVEN ERIC GOULD
Petitioner

vs.

PEOPLE OF THE STATE OF CALIFORNIA
Respondent

EMERGENCY
PETITION FOR WRIT OF HABEAS CORPUS

No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

---

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal in paper form and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal electronically and you are an attorney, follow the requirements of the local rules of court for electronically filed documents. If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

---

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 7

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2017]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

MC–275

This petition concerns:

☒ A conviction       ☐ Parole

☒ A sentence        ☐ Credits

☐ Jail or prison conditions     ☐ Prison discipline

☐ Other (specify): _____

1. Your name: STEVEN ERIC GOULD

2. Where are you incarcerated? Correctional Training Facility; Monterey County, CA

3. Why are you in custody? ☒ Criminal conviction     ☐ Civil commitment

Answer items a through i to the best of your ability.

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

2800.2 VC: Attempt to flee/elude a peace officer.
2800.2 VC: Evade while driving against Traffic
20002(a)VC: Hit and Run "non injury"

b. Penal or other code sections: Punishment for 2800.4 stayed (P.C. 654)

c. Name and location of sentencing or committing court:
Superior Court of California Central Justice Center
700 Civic Center Dr. West Santa Ana, CA 92703
Department C-36 Judge. Gary Paer.

d. Case number: 17WF1454

e. Date convicted or committed: 09-26-2017 abstract issued 10-24-2017

f. Date sentenced: 09-26-2017 abstract issued 10-24-2017

g. Length of sentence: 3 years

h. When do you expect to be released? As soon as relief is granted

i. Were you represented by counsel in the trial court? ☐ Yes ☒ No   If yes, state the attorney's name and address:
_____
_____
_____

4. What was the LAST plea you entered? (Check one):
☐ Not guilty   ☒ Guilty   ☐ Nolo contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?
☐ Jury   ☐ Judge without a jury   ☐ Submitted on transcript   ☐ Awaiting trial

PETITION FOR WRIT OF HABEAS CORPUS

6.  GROUNDS FOR RELIEF                                                            MC-275
    Ground 1: State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

The trial court imposed an illegal sentence which exceeds the maximum punishment for VC 2800.2 As of 06-23-2018 Petitioner is being held unlawfully in the state prison more than one year which exceeds the amount of punishment within the statute of CA Vehicle Code 2800.2.

a.  Supporting facts:
    Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at *what time (when)* or *place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

While in Superior Court on 09-26-2017 and without an attorney, lawyer or counsel present, I STEVEN ERIC GOULD entered into an illegal contract with the court and was sentenced the same day to 3 years in the state prison under the statute of CA Vehicle Code 2800.2. Without counsel present to advise me that the sentence was illegal I then signed a plea agreement for a sentence of 3 years which exceeds the maximum punishment for VC 2800.2 as it states that imprisonment in the state prison or confinement in the county jail cannot exceed a sentence of more than one year. As of today 06-24-2018, I have been confined and imprisoned for 367 days which equals one year and two days The punishment in itself violates the laws of the State of California, California Vehicle Code and CA Civil Code directly violating petitioners constitutional rights protected by the United States Constitution. The abstract of judgement filed on 10-24-2017 is illegal and invalid. Plea agreement signed by petitioner/defendant in case number 17WF1454 is illegal as the sentence is illegal. Plea agreement was not signed by the prosecution or the sentencing judge and is not binding or enforcable.

b.  Supporting cases, rules, or other authority *(optional):*
    (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

Vehicle Code 2800.1
Vehicle Code 2800.2 and 2800.2 (a)
Penal code 1485
United States Constitution Amendments IV, V, VI, VIII, XIV.
United States Constitution Amendments 4, 5, 6, 8, 14.
California Civil Code 1556
California Civil Code 1569

7. Ground 2 or Ground _____ (if applicable):                    MC-275

The Plea agreement is illegal and invalid, there is not eight elements established within line number 3, offering facts as basis for a guilty plea to the specific elements to secure a conviction of CA Vehicle Code 2800.2 where as petitioner/defendant did not plea guilty to any felony charges, nor was the petitioner sentenced within the plea agreement to a felony as the charges 2800.2 and 2800.4 are misdemeanors!

a. Supporting facts:

I STEVEN ERIC GOULD hereby declare that I did not ~~stipulate~~ agree to a guilty plea which specifies an admission to any felony or felonies within the plea agreement and I was not advised at the time that I entered into a contract with the court, nor during sentencing that I am agreeing to plea guilty to any felony or felonies!

Count 1A on the abstract of judgement is not a Penal code violation of law and is listed as VC 2800.2 Count 2A on the abstract of judgement is not a penal code violation of law and is listed as VC 2800.4 which the punishment was stayed pursuant to penal code 654. As shown on lines 2 and 3 of the abstract of judgement, The enhancements were not included not only because they were stricken by the court but because I did not agree to them as reflected on the attached "admission of prior convictions and prior prison terms" as line number 2 was not initialed and was crossed out. By crossing out line number 2, any potential increase in punishment was avoided!

                    Defendant
Petitioner was sentenced illegally to state prison in case number 17WF1454 without consideration of the maximum punishment which is ~~less~~ so imprisonment by confinement in the county jail or state prison for no more than one year under sentencing laws for 2800.2 of the Vehicle Code of CA.
Sentencing is illegal and/or invalid as shown in line number 4 of the abstract of judgement filed on 10-24-2017 while petitioner/defendant was not present in court violating due process rights protected by the US Constitution.

b. Supporting cases, rules, or other authority:
CA Vehicle Code 2800.1, 2800.2 and 2800.2(a)
CA Civil code 1556
CA Vehicle Code 2800.4
CA Civil code 1569
CA Penal Code 17(b)
CA Penal code 18
CA Penal code 654
CA Penal code 1485
United States Constitution Amendments V(5) and XIV(14)

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes  ☒ No    *If yes, give the following information:*

   a.  Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): _____

   b.  Result: _____  c.  Date of decision: _____

   d.  Case number or citation of opinion, if known: _____

   e.  Issues raised: (1) _____

               (2) _____

               (3) _____

   f.  Were you represented by counsel on appeal? ☐ Yes  ☒ No    *If yes, state the attorney's name and address, if known:*
_____

9. Did you seek review in the California Supreme Court? ☐ Yes  ☒ No    *If yes, give the following information:*

   a.  Result: _____  b.  Date of decision: _____

   c.  Case number or citation of opinion, if known: _____

   d.  Issues raised: (1) _____

               (2) _____

               (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

Petitioner did not have an attorney and signed a contract waiving right to appeal. Petitioner now recognizes this contract is not valid and that the sentence imposed is not legal.

11. Administrative review:

   a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:

Administrative review is not applicable in this petition as this is a petition for Writ of Habeas Corpus challenging the legality of an illegal contract and an illegal sentence which exceeds the maximum punishment for Vehicle Code 2800.2.

   b.  Did you seek the highest level of administrative review available? ☐ Yes  ☐ No  ☒ Does not apply
     *Attach documents that show you have exhausted your administrative remedies.*

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes  If yes, continue with number 13.  ☐ No  If no, skip to number 15.

13 a. (1) Name of court: _Superior Court of CA, Central Justice Center_

(2) Nature of proceeding (for example, "habeas corpus petition"): _Habeas Corpus petition_

(3) Issues raised: (a) _Credits_

(b) _Medical Care neglect cruel and unusual punishment and deliberate indifference._

(4) Result (attach order or explain why unavailable): _Denied; see attached, medical issue ignored_

(5) Date of decision: _05-17-2018_

b. (1) Name of court: _____

(2) Nature of proceeding: _____

(3) Issues raised: (a) _____

(b) _____

(4) Result (attach order or explain why unavailable): _____

(5) Date of decision: _____

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: _Superior Court of CA, Central Justice Center, Judge Cheri T. Pham, Department 44, Proceeding: Petition for Writ of Habeas Corpus. Denied at 09:00 AM on 05-17-2018._

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

_____
_____
_____

16. Are you presently represented by counsel? ☐ Yes ☒ No  If yes, state the attorney's name and address, if known:

_____
_____

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes ☐ No  If yes, explain: _Federal Civil Rights 42 USC 1983 action in the Central District of California and personal injury civil complaint in the Civil Complex Center, Santa Ana, CA._

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: _I STEVEN ERIC GOULD hereby declare that I am a victim of several civil rights violations by the county of Orange and I require review in the court of appeal to cancel the contract (illegal sentence and conviction in violation of law)_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _06-24-2018_

_Steven Eric Gould_  8-20-1

_Steven Eric Gould_  Rink

(SIGNATURE OF PETITIONER)

For your protection and privacy, please press the Clear
This Form button after you have printed the form.   [Print this form]  [Save this form]   [Clear this form]

| SHORT TITLE: | CASE NUMBER. |
|---|---|
| STEVEN ERIC GOULD VS PEOPLE | |

1  Emergency Petition For Writ of Habeas Corpus

2

3          PRAYER FOR RELIEF

4

5  Petitioner seeks remedy for relief by Writ of Habeas Corpus

6  wherefore petitioner prays the court:

7

8  1) Issue a Writ of Habeas Corpus;

9  2) Declare the rights of the parties;

10  3) Appoint counsel, award reasonable attornies fees;

11  4) Issue release order;

12  5) Dismiss felony charges/convictions from records;

13  6) Calculate and award damages as determined

14     by the court for time served in excess of

15     one year minus eligible credits in the form

       of monetary compensation;

16  7) Enter a Protective Order into C.L.E.T.S.

17     to protect STEVEN ERIC GOULD from further

18     injuries by restraining the deputies of the

19     Orange County Sheriffs Department to stay

20     at least 100 yards away due to previous injuries.

21  8) Order injunctive and immediate relief for an

22     orthopedic Surgeon to provide hand and wrist

23     Surgery to prevent a disability from the injuries

24     caused on 6-22-2017 and 9-01-2017 by the O.C. Sheriff

                                    8-20-18 Steven Eric Gould  ink

25  DATED: 06-24-2018   Respectfully Submitted, Steven Eric Gould
                        STEVEN ERIC GOULD

26  (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

27  This page may be used with any Judicial Council form or any other paper filed with the court.          Page 7 of 7

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

# INMATE COPY

**DNA TAKEN**

### FELONY ABSTRACT OF JUDGMENT - DETERMINATE
*(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)*

CR-290

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF.   Orange | **FILED** |

*(handwritten: FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE CENTRAL JUSTICE CENTER  OCT 24 2017  DAVID H YAMASAKI, Clerk of the Court  _____ DEPUTY)*

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs | DOB: 01-17-1976 | |
| DEFENDANT: Gould, Steven Eric | *Due Process Rights Violated! Attorney/Defendant not present!* | TWF1454 ✓  -A |
| AKA: Gould, Steven E ; Gould, Steven Eric ; Gould, Stevin Eric | | -B |
| CII NO.: A22066889 | | |
| BOOKING NO.: 3001428   *10·24·17* | ☐ NOT PRESENT | -C |
| FELONY ABSTRACT OF JUDGEMENT | | |
| ☑ PRISON COMMITMENT   ☐ COUNTY JAIL COMMITMENT | ☐ AMENDED ABSTRACT | -D |
| DATE OF HEARING 09/26/2017 | DEPT.NO C36 | JUDGE Gary S. Paer   *(handwritten: not present in court)* |
| CLERK Jodie Hathorn | REPORTER Jeanette Gillick | PROBATION NO. OR PROBATION OFFICER   ☐ IMMEDIATE SENTENCING |
| COUNSEL FOR PEOPLE Brian Orue | | COUNSEL FOR DEFENDANT   ☐ APPOINTED |

1. Defendant was convicted of the commission of the following felonies: *+ never agreed to accept a felony (on record and in plea agreement)*

   ☐ Additional counts are listed on attachment
       0    (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME CMMTD | DATE OF CONVICTION (MO/DATE/YEAR) | CONVICTED BY | | | TERM (LWL) | CONCURRENT | In CONSECUTIVE | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | JURY | COURT | PLEA | | | | | | | | | YRS | MOS. |
| 1A | VC | 2800.2 | Evading a peace officer/reckless dri | 17 | 09/25/2017 | | X | U | | | | | | | | | 03 | 00 |
| 2A | VC | 2800.4 | Evading a peace officer, driving in o | 17 | 09/25/2017 | | X | U | | | | | (X) | | | | 00 | 00 |

*(handwritten: NOT A FELONY?   VC 2,800.2 is a misdemeanor! up to 1 yr.   ↑ Illegal Sentence Punishment)*

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED "S" or "PS" | ENHANCEMENT | TIME IMPOSED "S" or "PS" | ENHANCEMENT | TIME IMPOSED "S" or "PS" | ENHANCEMENT | TIME IMPOSED "S" or "PS" | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true for PRIOR CONVICTIONS CR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED "S" or "PS" | ENHANCEMENT | TIME IMPOSED "S" or "PS" | ENHANCEMENT | TIME IMPOSED "S" or "PS" | ENHANCEMENT | TIME IMPOSED "S" or "PS" | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. Defendant sentenced ☐ to county jail per PC 1170(h)(1) or (2)
   ☑ to prison per 1170(a), 1170.1(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
   ☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)
   ☐ per PC 1170(a)(3). Preconfinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. | TOTAL TIME ON ATTACHED PAGES: | 00 | 00 |
   |---|---|---|

7. ☐ Additional indeterminate term (see CR-292).

8. | TOTAL TIME: | 03 | 00 |
   |---|---|---|

Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 [Rev. July 1, 2012]

**FELONY ABSTRACT OF JUDGMENT - DETERMINATE**

Penal Code,
§ 1213, 1213.5

*170012634 780 WSP RECORDS*

# INMATE COPY

|  |  | CR-290 |
|---|---|---|

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT:  Gould, Steven Eric

| 17WF1454 | -A | -B | -C | -D |
|---|---|---|---|---|

**9  FINANCIAL OBLIGATIONS** (plus any applicable penalty assessments):

**a. Restitution Fine(s):**

Case A: $ _300.00_ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment);  $ _300.00_ per PC 1202.45 suspended unless parole is revoked.
$ _0.00_ per PC 1202.44 is now due, probation having been revoked.

Case B: $ _____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment);  $ _____ per PC 1202.45 suspended unless parole is revoked.
$ _0.00_ per PC 1202.44 is now due, probation having been revoked.

Case C: $ _____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment);  $ _____ per PC 1202.45 suspended unless parole is revoked.
$ _0.00_ per PC 1202.44 is now due, probation having been revoked.

Case D: $ _____ per PC 1202.4(b) (forthwith per PC 2085.5 if prison commitment);  $ _____ per PC 1202.45 suspended unless parole is revoked.
$ _0.00_ per PC 1202.44 is now due, probation having been revoked.

**b. Restitution per PC 1202.4(f):**

Case A: $ _____ ☐ Amount to be determined  to  ☐ Victim(s)*  ☐ Restitution Fund
Case B: $ _____ ☐ Amount to be determined  to  ☐ Victim(s)*  ☐ Restitution Fund
Case C: $ _____ ☐ Amount to be determined  to  ☐ Victim(s)*  ☐ Restitution Fund
Case D: $ _____ ☐ Amount to be determined  to  ☐ Victim(s)*  ☐ Restitution Fund

☐ * Victim name(s), if known, and amount breakdown in item 13, below.     ☐ * Victim name(s), in probation officer's report.

**c. Fine(s):**

Case A: $ _____ per PC 1202.5 $ _0.00_ per VC 23550 or _____0 days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes. ☐ $ _____ Lab Fee per HS 11372.5(a) ☐ _____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case B: $ _____ per PC 1202.5 $ _0.00_ per VC 23550 or _____0 days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes. ☐ $ _____ Lab Fee per HS 11372.5(a) ☐ _____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case C: $ _____ per PC 1202.5 $ _0.00_ per VC 23550 or _____0 days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes. ☐ $ _____ Lab Fee per HS 11372.5(a) ☐ _____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

Case D: $ _____ per PC 1202.5 $ _0.00_ per VC 23550 or _____0 days ☐ county jail ☐ prison in lieu of fine ☐ concurrent ☐ consecutive
☐ includes. ☐ $ _____ Lab Fee per HS 11372.5(a) ☐ _____ Drug Program Fee per HS 11372.7(a) for each qualifying offense

d. Court Operations Assessment: $ _40.00_ per PC 1465.8. e. Conviction Assessment: $ _30.00_ per GC 70373. f. Other: $ _____ per (specify): _____

**10. TESTING:** ☐ Compliance with PC 296 verified  ☐ AIDS per PC 1202.1  ☑ other (specify) DNA PC 296

**11. REGISTRATION REQUIREMENT:** ☐ per (specify code section): _____

**12.** ☐ MANDATORY SUPERVISION: Execution of a portion of the defendant's sentence is suspended and deemed a period of mandatory supervision under Penal Code section 1170(h)(5)(B) as follows  (specify total sentence, portion suspended, and amount to be served forthwith):
Total: _____ | Suspended: _____ | Served forthwith: _____

**13.** Other orders (specify):  Jail sent on count 3 deemed satisfied by time spent in custody. Court's intent is to give defendant 50% credits on balance. All fees payable through the Dept. of Corrections. Deft. is advised that his driver's license or driving privilege may be suspended or revoked - to be determined by the California Dept. of Motor Vehicles. Deft ordered to report to parole authority within 72 hrs of release from custody. Court orders KOSHER diet at OCJ.

**14. IMMEDIATE SENTENCING:** ☐ Probation to prepare and submit a post-sentence report to CDCR per PC 1203c
Defendant's race/national origin:  White

**15. EXECUTION OF SENTENCE IMPOSED**
a. ☑ at initial sentencing hearing.
b. ☐ at resentencing per decision on appeal.
c. ☐ after revocation of probation
d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
e. ☐ other (specify):

**16. CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | | |
|---|---|---|---|---|---|
| A | 202 | 101 | 101 | ☐ 2933 | | |
| | | | | ☐ 2933.1 | | |
| | | | | ☒ 4019 | | |
| B | | | | ☐ 2933 | | |
| | | | | ☐ 2933.1 | | |
| | | | | ☐ 4019 | | |
| C | | | | ☐ 2933 | | |
| | | | | ☐ 2933.1 | | |
| | | | | ☐ 4019 | | |
| D | | | | ☐ 2933 | | |
| | | | | ☐ 2933.1 | | |
| | | | | ☐ 4019 | | |

| Date Sentence Pronounced | Time Served in State Institution |
|---|---|
| 09/26/2017 | ☐ DMH  ☐ CDC  ☐ CRC |

**17.** The defendant is remanded to the custody of the sheriff  ☑ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to  ☑ the reception center designated by the director of the California Department of Corrections and Rehabilitation.
☐ county jail  ☐ other (specify):

## CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE  A. Bui | DATE  OCT 24, 2017 |
|---|---|

CR-290 (Rev. July 1, 2013)

**FELONY ABSTRACT OF JUDGMENT - DETERMINATE**

Page 2 of 2

SUPERIOR COURT OF CALIFORNIA — COUNTY OF ORANGE (court seal)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
ADVISEMENT AND WAIVER OF RIGHTS FOR A FELONY GUILTY PLEA

CASE NO. _17WF1454_   PEOPLE v. _Steven Eric Gould_

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 26 2017

DAVID H. YAMASAKI, Clerk of the Court

BY: ____J HATHORN____ DEPUTY

1. _SG_  My true full name is _Steven Eric Gould_

I am represented by _Pro - Per_

2. _SG_  I understand that I am pleading guilty, and admitting the following offenses, special punishment allegations, and prior convictions, carrying the possible penalties as follows:

_~~NOT A Felony~~_

| Ct | Charge | Sentencing Range | Enhancements | Yrs. | Term for Priors | Yrs. | | Total Penalty Years |
|----|--------|------------------|--------------|------|-----------------|------|---|---------------------|
| 1 | 2800.2 √ | 16-2-(3) | 1202.1 (b) | 2 | 667(d) x 2 | | | 6 yrs |
| 2 | 2800.4 √ | 16-2-(3)(6sf) | 1202.1 (b) | 2 | | | | 4 yrs |
| 3 | 20002(a) √ Misd∂ | | | | | | | 6 mo |
| | | | | | | | ℓP 8 | ~~8~~ |
| | | | | | | | 10 yrs | 6 mo |

※ Judge Strikes strike for sentencing
※ Judge Strikes Crime Bail Chrge for sentency

Maximum Total Punishment  10 yrs + illegal maxis xposui

3. _SG_  In addition to time in custody, I understand the court may also order me to pay a fine as follows: up to $10,000 for most felonies [P.C. 672]; up to $20,000 for selected drug offenses [H&S 11372]; up to $50,000 for selected drug offenses [H&S 11352.5]; or other:

4. _SG_  I understand it is absolutely necessary that all plea agreements, promises of a particular sentence, and sentence recommendations be completely disclosed to the court on this form.

5. _SG_  **Right to an attorney:** I understand I have the right to be represented by an attorney at all stages of the proceedings until my case is completed. If I cannot afford an attorney, one will be appointed for me free of charge. However, I understand that at the conclusion of my case, the court may order me to reimburse the County of Orange for the cost of my attorney, according to my ability to pay.

6. _X_  **Right to a preliminary hearing:** I understand I have the right to a preliminary hearing at which a judicial officer will determine if there is sufficient evidence to justify setting my case for trial. At this hearing, I have the right to be represented by an attorney as described in paragraph 5 above, the right to confront and cross-examine witnesses against me, the right to present evidence on my behalf, and the right to remain silent and not testify; but I may testify if I want to. I waive and give up my right to a preliminary hearing.

7. _SG_  **Jury trial rights:** I understand I have the right to a speedy and public trial by a jury. I waive and give up these rights.

8. _SG_  **Right to confront and cross-examine witnesses:** I understand I have the right to confront the witnesses against me and to cross-examine them myself or have my attorney cross-examine them. I waive and give up these rights.

9. _SG_  **Right to testify or remain silent:** I understand I have the right to testify on my behalf. I also understand I have the right to remain silent, and I cannot be compelled to testify against my will. I waive and give up these rights.

10. _SG_  **Right to present evidence:** I understand I have the right to present evidence and to call witnesses to testify on my behalf. I further understand I have the right to invoke the compulsory process of the court to subpoena evidence and witnesses at no cost to me. I waive and give up these rights.

11. _SG_  **Immigration consequences:** I understand if I am not a citizen of the United States, the plea or my conviction for the offense(s) charged will have the consequence of deportation, exclusion from admission to the United States, and denial of naturalization pursuant to the laws of the United States.

12. _X_  **Strike Offense(s):** I understand that my conviction in this case is for a serious or violent felony ("strike") which may result in the mandatory denial of probation, substantially increased penalties, and a term in state prison for any future felony conviction.

13. _SG_  **Fourth Amendment waiver:** I understand under the Fourth and Fourteenth Amendments to the United States Constitution, I have a right to be free from unreasonable searches and seizures. I waive and give up this right, and further agree that for the period during which I am on probation or mandatory supervision I will submit my person and property, including any residence, premises, container or vehicle under my

CASE NO. _17WF1454_     PEOPLE vs. _Gonla_

control to search and seizure at any time of the day or night by any law enforcement officer, probation officer, post-release community supervision officer, or parole officer with or without a warrant, probable cause or reasonable suspicion.

14. _[initials]_   **Blakely/Cunningham waiver:** I understand I may have the right to a jury or court trial as to certain factors that can be used to increase my sentence on any count, sentencing enhancement, or allegation, to the upper or maximum term provided by law. I waive and give up the right to a jury or court trial on all of these factors. I agree the judge will determine the existence of any of these factors, within the judge's discretion, as allowed by law. I agree this waiver shall apply to any future sentence imposed following a probation revocation.

15. _[initials]_   **Appeal waiver:** I understand I have the right to appeal from decisions and orders the Superior Court I waive and give up my right to appeal from any and all decisions and orders made in my case, including motions to suppress evidence brought pursuant to Penal Code section 1538.5. I waive and give up my right to appeal from my guilty plea. I waive and give up my right to appeal from any <u>legally authorized</u> sentence the court imposes which is within the terms and limits of this plea agreement. _& illegal/invalid_

16. _[initials]_   **Cruz waiver:** I understand that if, pending sentencing, I am arrested for or commit another crime, violate any condition of my release, or willfully fail to appear for my probation interview or my sentencing hearing, the sentence portion of this agreement will be cancelled. I will be sentenced unconditionally and I will not be allowed to withdraw my guilty plea(s).

17. _[initials]_   **Arbuckle waiver:** I understand I have the right to be sentenced by the judge who accepts this plea. I waive and give up that right.

18. _[initials]_   **Probation Report waiver:** I understand I have the right to a full probation report before sentencing. I waive and give up that right.

19. _[initials]_   **Mandatory Supervision Waiver:** I understand that I will be on mandatory supervision (P.C. 1170(h)(5).) for the period of time and subject to the terms and conditions specified in this plea agreement I understand if I violate any term or condition of mandatory supervision I could be sent to county jail for the remainder of my sentence as set forth on page 6, less any credit for time served.

20. _[initials]_   **Post-Release Community Supervision:** I understand that upon release from state prison I may be placed on post-release community supervision for a period of time not to exceed three years, supervised by county officers. I further understand I could be sent to county jail for up to ten days on the order of the post-release community supervision authority without a court hearing.

21. _[initials]_   **Post-Release Community Supervision Revocation:** I understand that, following a court hearing, if I am found in violation of any of the terms or conditions of post-release community supervision; I could be sent to county jail for up to 180 days each time I am found in violation.

22. _[initials]_   **Parole waiver:** I understand that upon release from state prison I may be placed on parole for a period of time ranging from three years to life, supervised by the California Department of Corrections and Rehabilitation. I further understand that if I am found in violation of any of the terms or conditions of parole, I could be sent to county jail for up to 180 days, except if my sentence was life, I could be sent back to state prison for up to a year. _Defendant to notify OCDA of current address withi_

23. _[initials]_   **Flash Incarceration waiver:** I understand that I have the right to a hearing before a judicial officer to _72 hours of release_ determine whether I violated the conditions of my court-ordered probation or mandatory supervision and to determine the appropriate sanction for the violations. I hereby waive and give up this right for all violations for which the county probation department orders me to serve a "flash incarceration", which can be a period of one to ten consecutive days in the county jail. However, if I do not agree with the imposition of flash incarceration, I am preserving my right to demand a hearing. I understand the court may not deny me probation if I elect not to sign this waiver.

24. _[initials]_   **Mandatory execution of sentence:** I understand I am not eligible for probation and I will be sentenced to state prison or county jail pursuant to P.C. 1170(h).

25. _X_   **Local OCDA DNA Database Consent and Waiver:** I voluntarily consent and agree to provide a Local DNA Database sample, prints and photograph to the Local OCDA DNA Database for permanent retention, forensic analyses and continual searches, anytime in the future, against other DNA profiles, prints, and photographs in any local, state, national, or international law enforcement database only for law enforcement purposes. I hereby waive and give up my right to withdraw this consent and understand that my consent and waiver of my right to withdraw my consent will remain valid and enforceable even if I successfully complete the terms of my negotiated disposition or a PC 1203.4 motion is granted. I understand that providing a DNA sample may violate my Fourth Amendment right and I waive and give up that right as it relates to the collection and analysis of my DNA sample and continual searching of my

_→_ _no consent to provide DNA_

CASE NO. _RWF 1454_ _____ PEOPLE vs. _Cruz_ _____

DNA profile. Additionally, I voluntarily agree to provide my DNA sample immediately, or if I am in custody, within 72 hours of my release. I also agree to pay a $75 administrative fee at the time of collection of my Local OCDA DNA Database sample.

26. _Say_ Proposed disposition: I voluntarily agree and understand the court will: (Initial all that apply)

_Say_ (a) Sentence me to state prison for a period of ___3___ years and ___O___ months, credit for time served of _104_ days actual custody and _104_ days of good time/work time for a total credit of _208_ days. I waive and give up my right to make application for probation and request immediate sentence.

___X___ (b) Sentence me to county jail, for a period of _____ years and _____ months pursuant to P.C. 1170(h), credit for time served of _____ days actual custody and _____ days of good time/work time for a total credit of _____ days. I waive and give up my right to make application for probation and request immediate sentence.

___X___ (c) Pronounce a divided sentence to county jail for a period of _____ years and _____ months [P.C. 1170(h)]. The sentence is divided as follows: _____ years and _____ months incarceration in the county jail, followed by mandatory supervision for _____ years and _____ months under the terms and conditions set forth on the attached pages 6 and 7.

___X___ (d) Consider my application for probation before pronouncing sentence. I understand the court may deny my application for probation and sentence me to (check one) ☐ state prison ☐ county jail for a maximum period of _____ years and _____ months.

___X___ (e) Grant me probation under the terms and conditions set forth on the attached pages 6 and 7 that I have initialed and signed. I understand I have the right to reject probation and have the court impose a final sentence. However, I agree to accept probation on the terms and conditions set forth on the attached pages 6 and 7. I further understand that if I am found in violation of any of the terms or conditions of probation, the court may resentence me to (check one) ☐ state prison ☐ county jail in this case for a maximum period of _____ years and _____ months.

_Say_ (f) *Harvey* waiver: Order me to pay restitution on counts ___Ct. 3_____, even if any of these counts have been dismissed as part of the plea agreement, in the amount of _____, or in an amount to be determined by the Probation Department. If I disagree with the amount of restitution determined by the Probation Department, I may request a court hearing to determine the amount of restitution. ☒ The sentencing court retains jurisdiction over this case for restitution purposes (if box checked). $300

_Say_ (g) Order me to pay the mandatory state restitution fine between $240 and $10,000 [P.C. 1202.4]. A second restitution fine in the same amount will also be ordered if I receive a sentence that includes probation, a conditional sentence, mandatory supervision, post-release community supervision, or parole. This second fine will be suspended and I will only have to pay it if the court later finds that I have violated the terms of my probation, conditional sentence, mandatory supervision, post-release community supervision, or parole [P.C. 1202.44 & 1202.45]. A $40.00 court security fee must also be paid [P.C. 1465.8] as well as a $30.00 court facility fee [G.C. 70373] on each count convicted.

_Say_ (h) Order me to pay a mandatory fee of $70.00 for each count convicted. [Court Operations-$40.00-P.C. 1465.8 and Facilities-$30.00-G.C. 70373].

___X___ (i) Order me to pay a mandatory laboratory analysis fee of $50.00 for each specified drug offense, ☐ plus penalty assessment [H&S 11372.5 & P.C. 1464].

___X___ (j) Order me to pay a mandatory drug program fee of $150.00 for each specified drug offense ☐ plus penalty assessment [H&S 11372.7].

_Say_ (k) Order me to provide a state DNA sample and prints for the State DNA Database pursuant to P.C. 296 and P.C. 296.1.

___X___ (l) Order me to provide a local DNA sample, prints and photograph to the OCDA for permanent retention, analyses and search within any law enforcement database(s) for only law enforcement purposes.

↑ no authorization or consent to provide DNA.

6

CASE NO. _____ PEOPLE vs. _____

_____ (m) Order me to register pursuant to the following:  (Check all that apply)
  ☐ H&S 11590 (narcotics offense)
  ☐ P.C. 186.30 (gang-related offense)
  ☐ P.C. 457.1 (arson-related offense) I understand I will have to register for the rest of my life.
  ☐ P.C. 290 (sex offense) I understand I will have to register for the rest of my life if I work, attend school, or reside in California.

_____ (n)  Order that my driver's license or driving privilege be suspended or revoked for a period of

_____

_____ (o) The court will order that monies paid will first be applied to restitution; and that the following terms are also part of this plea:

_____

_____

27. _____ **CVC 23593 advisement:**  You are hereby advised that being under the influence of alcohol or drugs, or both, impairs your ability to safely operate a motor vehicle.  Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both.  If you continue to drive while under the influence of alcohol or drugs, or both, and, as a result of that driving someone is killed, you can be charged with murder.

28. _____ I acknowledge all other cases pending against me in Orange County and the proposed disposition:

_____

29. _____ I understand a plea of guilty in this case may constitute an admission I violated a previous grant of probation, mandatory supervision, post-release community supervision, or parole in other cases and may result in additional penalties imposed in these cases.

30. _____ I offer my plea of guilty freely and voluntarily, and with full understanding of all matters set forth in the accusatory pleading and this advisement and waiver of rights form.  No one has made any threats or used any force against me, my family, or anyone else I know, in order to convince me to plead guilty in this case.  Further, all promises that have been made to me to convince me to plead guilty are on this advisement and waiver of rights form.

31. _See_ I offer the following facts as the basis for my guilty plea:
In Orange County, California, on ( Continued )

I admit that it is true that at the time I committed the offenses in counts ① and ② that I was released from custody on bail or on my own recognizance on case # 16F16660X, Clark County Nevada and case # 17F00513X, Clark County Nevada

Page 4A of 6

CASE NO. ___17WF1454___          PEOPLE vs. ___Gould___

___X___ (m) Order me to register pursuant to the following: (Check all that apply)
- ☐ H&S 11590 (narcotics offense)
- ☐ P.C. 186.30 (gang-related offense)
- ☐ P.C. 457.1 (arson-related offense) I understand I will have to register for the rest of my life.
- ☐ P.C. 290 (sex offense) I understand I will have to register for the rest of my life if I work, attend school, or reside in California.

___Sg___ (n) Order that my driver's license or driving privilege be suspended or revoked for a period of
___to be determined by DMV___

___Sg___ (o) The court will order that monies paid will first be applied to restitution; and that the following terms are also part of this plea:

27. ___Sg___ **CVC 23593 advisement:** You are hereby advised that being under the influence of alcohol or drugs, or both, impairs your ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If you continue to drive while under the influence of alcohol or drugs, or both, and, as a result of that driving someone is killed, you can be charged with murder.

28. ___Sg___ I acknowledge all other cases pending against me in Orange County and the proposed disposition: ___8f___
___17CF1590 ~~[crossed out]~~ 10/20/2017___

29. ___Sg___ *PD to be re-appointed* I understand a plea of guilty in this case may constitute an admission I violated a previous grant of probation, *C-55 further proceedings on Governors Warrant* mandatory supervision, post-release community supervision, or parole in other cases and may result in additional penalties imposed in these cases. *Angela King S[?]*

30. ___Sg___ I offer my plea of guilty freely and voluntarily, and with full understanding of all matters set forth in the accusatory pleading and this advisement and waiver of rights form. No one has made any threats or used any force against me, my family, or anyone else I know, in order to convince me to plead guilty in this case. Further, all promises that have been made to me to convince me to plead guilty are on this advisement and waiver of rights form.

31. ___Sg___ I offer the following facts as the basis for my guilty plea: *not a Felony* ☑ "8 elements not present"
In Orange County, California, on ___6/22/17___ I did unlawfully drive w/ willful and wanton disregard for the safety of persons and property w/ the intent to flee and elude a peace officer in a distinctively marked *police vehicle* vehicle while it exhibited a lighted red lamp visible from the front & the defendant saw while a siren was sounding/sawing a siren as reasonably necessary and the peace officer wore a distinctive uniform. I also evaded the peace officer and drove recklessly when I drove against traffic. Moreover, I did cause an accident and property damage. When I did so I did not stop, contact the owner & exchange information, nor did I leave a conspicuous note or contact the local police department where the collision occurred.

# ADMISSION OF PRIOR CONVICTIONS AND PRIOR PRISON TERMS
## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

DEFENDANT _Steven Gould_          ATTORNEY _Pro-Per_

1. _Seg_  I understand the complaint or information alleges that I have sustained the following prior conviction(s) and prior prison term(s) or executed P.C. 1170(h) sentence(s): _Case terminated and revoked in 2cc not a valid prior_

| DATE OF CONVICTION | COUNTY AND STATE | CASE NUMBER | CRIME CONVICTED OF | PRIOR ALLEGED PUSUANT TO FOLLOWING CODE SECTION | YEARS INCREASE IN CURRENT SENTENCE |
|---|---|---|---|---|---|
| 11/5/2000 | OC / CA | 00WF1974 | PC 207 | 667(d) | doubles Ct. (1) |
| | | | | | 32 mo/4yr/6yr |
| | | | | | |
| | | | | | |

2. X R        _not initialed/no potential increase_    Total Increase in Sentence | 0 |

3. _Seg_  I understand that if I admit the prior conviction(s) and prior prison term(s) set forth in paragraph 1 of this form, my admission will have the effect on my sentence as indicated on line 2, the reverse side of this form or as set forth below. I offer this form as a factual basis for my admission(s).

  (a) _Seg_  (EFFECT ON SENTENCE OTHER THAN THAT INDICATED ON LINE 2 AND REVERSE SIDE OF FORM)
  _Stricken for sentencing only_

4. _Seg_  I understand that I have the right to be represented by an attorney at all stages of the proceedings until the case is terminated and that if I cannot afford an attorney, one will be appointed free of charge.

5. _Seg_  I understand that I have the following rights: (1) right to a jury trial; (2) right to confront and cross-examine witnesses; (3) right to testify or not testify as I so choose; (4) right to call witnesses to testify on my behalf and to use the court's compulsory process to subpoena those witnesses. I hereby waive and give up each and every one of these rights.

6. _Seg_  I hereby admit that I have sustained the prior conviction(s) and prior prison or executed P.C. 1170(h) term(s) set forth both in this form and as alleged in the complaint or information.

7. _Seg_  I further admit that for each prior conviction alleged pursuant to Penal Code Section 667.5(b), I served a separate prison term, or executed sentence pursuant to Penal Code section 1170(h), and within five (5) years of my release from custody I committed a new offense resulting in a felony conviction.

8. _Seg_  I offer my admission(s) freely and voluntarily and with full understanding of all the matters set forth in the information and in this form. No one has made any threats, used any force against myself, family or loved ones, or made any promises to me except as set out in this form.

9. _Seg_  I have personally initialed each of the above boxes and discussed them with my attorney. I declare under penalty of perjury that the foregoing is true and correct. The signing and filing of this form is CONCLUSIVE EVIDENCE I have admitted to the enumerated charges herein.

EXECUTED at _Santa Ana, Ca_ , California

DATED: _9/26/17_    Defendant's signature: _Steven Eric Gould_

DEFENDANT'S ATTORNEY ONLY - I am attorney of record and I have explained each of the above rights to the defendant, and having explored the facts with him/her and studied his/her possible defenses to the charge(s), I concur in his/her decision to waive each of the above rights and to admit his/her prior conviction(s) and prior prison term(s). I further stipulate this document may be received by the court as evidence of the defendant's advisement and voluntary, knowing and intelligent waiver of each of the above rights and his/her admission(s) and that it shall be filed by the clerk as a permanent record of the advisement, waivers, and admission(s).

DATED: _9/26/17_    Attorney's signature: _Steven Eric Gould_

2.        Effect on sentence:

(P.C. § 667)   For prior conviction(s) allege pursuant to Penal Code Section 667, my current sentence to State Prison will be increased by 5 years for each such prior conviction.

(P.C. § 667.5(b))   For prior conviction(s) alleged pursuant to Penal Code Section 667.5(b), my current sentence to State Prison may be increased by 1 year for each such prior conviction for which I served a separate prison term and within 5 years of my release from prison custody commited a new offense which resulted in a felony conviction.

(H&S § 11370.2)   For prior conviction(s) alleged pursuant to Health and Safety Code Section 11370.2, my current sentence to State Prison may be increased by 3 years for each prior felony conviction for a controlled substance offense specified in that section.

CASE NO. _17WF1454_____ PEOPLE vs. _Gould_____

32. [initials] I understand each and every one of the rights set forth above in this advisement and waiver of rights form. I waive and give up each of those rights in order to enter my guilty plea. I am entering a guilty plea because I am in fact guilty and for no other reason. I declare under penalty of perjury I have read, understood, and personally initialed each numbered item above, and I have discussed them with my attorney. I declare under penalty of perjury everything on this form is true and correct. I understand the signing and filing of this form is conclusive evidence I have pled guilty to the charges listed on this advisement and waiver of rights form.

Executed in Orange County, California.

Dated: _9 / 26 /17_____ Signed: _Steven Eric Gould_____
                                                            Defendant

33.  DEFENSE ATTORNEY'S STATEMENT:   I am the attorney of record for the defendant. I have explained to defendant each of the rights set forth on this form. I have discussed the charges and the facts with the defendant. I have studied the possible defenses to the charges and discussed those possible defenses with defendant. I have discussed the possible sentence ranges and immigration consequences with defendant. I also have discussed the contents of this form with defendant. I concur with defendant's decision to waive the rights set forth on this form and to plead guilty. No promises of a particular sentence or sentence recommendation have been made to defendant by me, or to my knowledge by the prosecuting attorney or the court, which have not been fully disclosed on this form.  I agree that this form may be received by the court as evidence of defendant's advisement and voluntary, intelligent, knowing, and express waiver of the rights set forth on this form.

Dated: _9/26/17_____ Signed: _Steven Eric Gould_____
                                                            Attorney

34.  INTERPRETER'S STATEMENT:  I,_____, having been duly sworn as a court certified/registered/provisionally qualified interpreter, state that I am fluent in the _____ language. I translated the contents of this form to defendant in that language.

Dated: _____ Signed: _____
                                                            Interpreter

35.  FOR THE PEOPLE:

Dated: _9/26/17_____ Signed: _____
                                                            Deputy District Attorney

Plea to the Court ___X___          _not signed!_
                                        _"CONTRACT INVALID!"_

_Defendant states his address once released_
_is 2614 W. Adrian Way_
_Santa Ana, CA_
_92704_

6

Name: **STEVEN ERIC GOULD**

Address: **Correctional Training Facility**

**PO BOX 689**

**Soledad, CA 93960-0689**

COURT OF APPEAL-4TH DIST DIV 3
FILED

JUL 03 2018

_nd_

Deputy Clerk

MC-275

✡

CDC or ID Number: **BE 5607**

**Fourth District Court of Appeal**

**PO BOX 22055**

**Santa Ana, CA 92702**

_(Court)_

---

**STEVEN ERIC GOULD**

Petitioner

vs.

**PEOPLE OF THE STATE OF CALIFORNIA**

Respondent

**EMERGENCY**
PETITION FOR WRIT OF HABEAS CORPUS

No. **G056519**

_(To be supplied by the Clerk of the Court)_

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form _before_ answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal in paper form and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal electronically and you are an attorney, follow the requirements of the local rules of court for electronically filed documents. If you are filing this petition in the Court of Appeal and you are _not_ represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 7

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2017]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

# SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## COUNTY OF ORANGE

# MINUTES

Case : 17WF1454 F A
Name : Gould, Steven Eric

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 07/06/17 | 1 | FLDOC | **Original Complaint filed on 07/06/2017 by Orange County District Attorney.** |
| | 2 | FLNAM | Name filed: Gould, Steven Eric |
| | 3 | FLCNT | FELONY charge of 2800.2 VC filed as count 1. Date of violation: 06/22/2017. |
| | 4 | FLCNT | FELONY charge of 2800.4 VC filed as count 2. Date of violation: 06/22/2017. |
| | 5 | FLCNT | MISDEMEANOR charge of 20002(a) VC filed as count 3. Date of violation: 06/22/2017. |
| | 6 | FLPRI | 667(d)/(e)(1)&1170.12(b)/(c)(1) PC dated 11/05/2000, Case # 00WF1974 filed as prior # 1. |
| | 7 | CLADD | **At the request of People, case calendared on 07/06/2017 at 10:00 AM in CJ1 for ARGN IC.** |
| | 8 | FI959 | Accusatory pleading filed by the prosecutor pursuant to Penal Code section 959.1. |
| | 9 | TXBKF | **Request for Booking Fees Received from Orange County Sheriff Department in the amount of $235.00, date of arrest 06/22/2017.** |
| | 10 | FXBKF | Request for Booking Fee received, entered in error. |
| | 12 | DSTUP | Defendant's release status updated to reflect: In Custody. |
| | 13 | DFNPR | Department of Motor Vehicles check returned no assessable priors for this defendant. |
| | 14 | HHELD | **Hearing held on 07/06/2017 at 10:00:00 AM in Department CJ1 for Arraignment In Custody.** |
| | 15 | OFJUD | Judicial Officer: Vickie Hix, Commissioner |
| | 16 | OFJA | Clerk: L. Mejia |
| | 17 | OFBAL | Bailiff: F. Gutierrez |
| | 18 | OFREP | Court Reporter: Bobette Webb |
| | 19 | APDDA | People represented by Joseph John Koller-Nielsen, Deputy District Attorney, present. |
| | 20 | APDPP | Defendant present in Court in propria persona. |
| | 21 | ADDRS | Defendant requests that he be allowed to represent himself. |
| | 22 | FIFWV | Faretta Waiver filed. |
| | 23 | ADPPP | - The perils, pitfalls, dangers, and disadvantages of self-representation. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 17WF1454 F A
**Name :** Gould, Steven Eric

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 07/06/17 | 24 | ADMAX | Defendant advised of maximum possible sentence. |
| | 25 | TEXT | Defendant's motion to represent himself Propria Persona is granted. |
| | 26 | FIORD | Order Granting Propria Persona Privileges signed and filed. |
| | 27 | TEXT | Pro Per packet given to defendant. |
| | 28 | PLNGA | **To the Original Complaint defendant pleads NOT GUILTY to all counts.** |
| | 29 | DFDNP | Defendant denies all prior(s) as set forth. |
| | 30 | CLSET | **Pre Trial set on 07/14/2017 at 08:30 AM in Department W2.** |
| | 31 | CLSET | **Preliminary Hearing set on 07/18/2017 at 08:30 AM in Department W2.** |
| | 32 | DFOTR | Defendant ordered to appear. |
| | 33 | TEXT | Public Defender has handed discovery back to the District Attorney. District Attorney will redact discovery and forward the redacted discovery to the defendant. |
| | 34 | FIFPC | Fingerprint card is received and filed. |
| | 35 | COBRR | The Pre-Trial Services Officer's bail recommendation and comments, as reflected on the Court List, were made available to the Court and counsel at the hearing. Copies of the Court List will be retained by the Pre-Trial Services Unit. |
| | 36 | BLSET | Court orders bail set in the amount of $200, 000.00. |
| | 37 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 38 | NTJAL | **Notice to Sheriff issued.** |
| | 39 | TEXT | Reference case# 17CF1590 |
| 07/14/17 | 1 | HHELD | **Hearing held on 07/14/2017 at 08:30:00 AM in Department W2 for Pre Trial.** |
| | 2 | OFJUD | Judicial Officer: Kevin Haskins, Judge |
| | 3 | OFJA | Clerk: D. Phillips |
| | 4 | OFBAL | Bailiff: M. Kiemle |
| | 5 | OFREP | Court Reporter: Carol Denevan |
| | 6 | APDDA | People represented by Steven William Bunn, Deputy District Attorney, present. |
| | 7 | APDNC | Defendant not present in court. |

## SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## COUNTY OF ORANGE

# MINUTES

**Case :** 17WF1454 F A
**Name :** Gould, Steven Eric

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 07/14/17 | 8 | PRJLT | **Defendant was not transported to court due to an indicent that occured during transportation this morning.** |
| | 9 | TRPRS | People submit(s). |
| | 10 | CLPTP | **Pretrial off calendar, Preliminary Hearing set on 07/18/2017 at 08:30 AM in W2 to remain.** |
| | 11 | DFOTR | Defendant ordered to appear. |
| | 12 | BLSTR | Current bail set for Defendant to remain at $200, 000.00. |
| | 13 | DFREM | Defendant remanded to the custody of the Sheriff. |
| | 14 | NTJAL | **Notice to Sheriff issued.** |
| | 15 | CNOTEA | Day 10: 7/20/2017<br>Day 60: 9/5/2017. |
| 07/18/17 | 1 | HHELD | **Hearing held on 07/18/2017 at 08:30:00 AM in Department W2 for Preliminary Hearing.** |
| | 2 | OFJUD | Judicial Officer: Kevin Haskins, Judge |
| | 3 | OFJA | Clerk: D. Phillips |
| | 4 | OFBAL | Bailiff: M. Kiemle |
| | 5 | OFREP | Court Reporter: Lisa De Los Reyes |
| | 6 | APDDA | People represented by Kimberly Fletcher, Deputy District Attorney, present. |
| | 7 | APDPP | Defendant present in Court in propria persona. |
| | 8 | FIAMD | **First Amended Complaint filed by Orange County District Attorney.** |
| | 9 | CTADE | First Amended Complaint now charges to ADD ENHANCEMENT of 12022.1(b) PC as to count 1, date of violation: 06/22/2017. |
| | 10 | CTADE | First Amended Complaint now charges to ADD ENHANCEMENT of 12022.1(b) PC as to count 2, date of violation: 06/22/2017. |
| | 11 | CTADE | First Amended Complaint now charges to ADD ENHANCEMENT of 12022.1(b) PC as to count 1, date of violation: 06/22/2017. |
| | 12 | CTADE | First Amended Complaint now charges to ADD ENHANCEMENT of 12022.1(b) PC as to count 2, date of violation: 06/22/2017. |
| | 13 | CPACK | Counsel acknowledges receipt of the charging document. |

# SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## COUNTY OF ORANGE

# MINUTES

**Case :** 17WF1454 F A
**Name :** Gould, Steven Eric

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 07/18/17 | 14 | ADANC | Court advises the defendant as to the nature of the charges. |
| | 15 | PLNGA | **To the First Amended Complaint defendant pleads NOT GUILTY to all counts.** |
| | 16 | DFDNP | Defendant denies all prior(s) as set forth. |
| | 17 | DFDNE | Defendant denies all enhancements. |
| | 18 | TRPDR | Case called. People answer ready. Defense answers ready. |
| | 19 | CLRSN | **Preliminary Hearing reassigned for 07/18/2017 at 11:23 AM in Department W9, Judge Lance Jensen, Time estimate: 1 1/2 hours.** |
| | 20 | DFOTR | Defendant ordered to appear. |
| | 21 | HHELD | **Hearing held on 07/18/2017 at 11:23:00 AM in Department W9 for Preliminary Hearing.** |
| | 22 | OFJUD | Judicial Officer: Lance Jensen, Judge |
| | 23 | OFJA | Clerk: J. Hart |
| | 24 | OFBAL | Bailiff: M. Nichols |
| | 25 | OFREP | Court Reporter: Darci Mullarky |
| | 26 | APDDA | People represented by Steven William Bunn, Deputy District Attorney, present. |
| | 27 | APDPP | Defendant present in Court in propria persona. |
| | 28 | TEXT | Court inquires of People if there are any addtitional amendments or interlinations to the complaint. |
| | | | People state there are no further amendments or interlinations. |
| | 29 | TEXT | Court addresses Defendant regarding his intention to file a Motion to Supress Evidence pursuant to PC 1538. |
| | | | Defendant requests to make an oral motion. |
| | | | People request a written motion. |

*Handwritten annotation (right margin):* Arraignment & 14 days afterance Arrested 6-2-?? Arraigned ?-18-??



Up^   << Previous   Next >>      cross-reference chaptered bills    PDF |  Add To My Favorites           🖨
                                                                                                    [ Highlight ]

**PENAL CODE - PEN**
    **PART 2. OF CRIMINAL PROCEDURE [681 - 1620]**  *( Part 2 enacted 1872. )*
        **TITLE 3. ADDITIONAL PROVISIONS REGARDING CRIMINAL PROCEDURE [777 - 883]**  *( Heading of Title 3 amended by Stats. 1951, Ch. 1674. )*


    **CHAPTER 4. The Warrant of Arrest [813 - 829]**  *( Chapter 4 enacted 1872. )*

**825.**  (a) (1) Except as provided in paragraph (2), the defendant shall in all cases be taken before the magistrate without unnecessary delay, and, in any event, within 48 hours after his or her arrest, excluding Sundays and holidays.

(2) When the 48 hours prescribed by paragraph (1) expire at a time when the court in which the magistrate is sitting is not in session, that time shall be extended to include the duration of the next court session on the judicial day immediately following. If the 48-hour period expires at a time when the court in which the magistrate is sitting is in session, the arraignment may take place at any time during that session. However, when the defendant's arrest occurs on a Wednesday after the conclusion of the day's court session, and if the Wednesday is not a court holiday, the defendant shall be taken before the magistrate not later than the following Friday, if the Friday is not a court holiday.

(b) After the arrest, any attorney at law entitled to practice in the courts of record of California, may, at the request of the prisoner or any relative of the prisoner, visit the prisoner. Any officer having charge of the prisoner who willfully refuses or neglects to allow that attorney to visit a prisoner is guilty of a misdemeanor. Any officer having a prisoner in charge, who refuses to allow the attorney to visit the prisoner when proper application is made, shall forfeit and pay to the party aggrieved the sum of five hundred dollars ($500), to be recovered by action in any court of competent jurisdiction.

*(Amended by Stats. 2003, Ch. 149, Sec. 66. Effective January 1, 2004.)*

COURT OF APPEAL OF THE STATE OF CALIFORNIA
FOR THE FOURTH APPELLATE DISTRICT
DIVISION 3

In re STEVEN ERIC GOULD on Habeas Corpus.

CASE NUMBER:        G056519
NOA PET DATE:       07/03/2018
STATUS:             active
PRIORITY:           high
CAUSE:              Original Proceeding
CASE TYPE:          Criminal
DISPO DATE:
FINAL DISP:
ORIGIN:             Superior
CATEGORY:           hc          Habeas corpus
RELATED CASES:

### TRIAL COURT INFORMATION

Case No:            17WF1454
County:             Orange
Court:              Orange County Superior Court   -   Main
Judge:              Pham, Cheri T.
Jud. Date:

G056519
In re STEVEN ERIC GOULD on Habeas Corpus


Superior Court of Orange County

Appellate Defenders, Inc.
District Attorney
Department of Corrections


Writs & Appeal
Office Of The District Attorney
401 Civic Center Drive West
Santa Ana, CA 92701


The Superior Court of Orange County
Attn: Hon. Cheri T. Pham Dept. C-44
700 Civic Center Drive West
Santa Ana, CA 92701


Steven Eric Gould
CDC #: BE5607
Correctional Training Facility
PO BOX 689
Soledad, CA 93960


Office Of The State Attorney General
P O Box 85266
San Diego, CA 92186-5266

Court of Appeal, Fourth Appellate District, Division Three
Kevin J. Lane, Clerk/Executive Officer
Electronically FILED on 8/9/2018 by M. Castaneda, Deputy Clerk

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION THREE

| | |
|---|---|
| In re STEVEN ERIC GOULD<br><br>on Habeas Corpus. | G056519<br><br>(Super. Ct. No. 17WF1454)<br><br>O R D E R |

THE COURT:*

The petition for a writ of habeas corpus is DENIED.


MOORE, ACTING P. J.

* Before Moore, Acting P. J., Fybel, J., and Goethals, J.

Date:  August 20, 2018

To:  Inmate Gould, BE5607, OW-224

Subject:   **In response to your request to have additional document copied for the court on or around 8/20/2018**

S. Gould:

On or around 08/20/2018, at approximately 0800 hours, while attending Law Library, you requested thirteen (13) copies of a Petition for Review for the California Supreme Court.  You stated that those copies were required by the court.  Upon review, available resources only allowed for three (3) copies to be provided, which should be sufficient to serve a copy on all involved parties in your action.

This letter is provided to make the court aware as to why you may have not submitted all copies which may be required by the court.

M. Colvin, Senior Librarian
Correctional Training Facility
California Department of Corrections and Rehabilitation

**RECEIVED**

AUG 2 2 2018

CLERK SUPREME COURT

<u>Declaration of Service</u>

Re:     Case Number: S250783

Title:  GOULD (STEVEN ERIC) ON H.C.


      I hereby declare that I am a citizen of the United States, am over 18 years of age, and am not a party in the above-entitled action.  I am employed in the County of San Francisco and my business address is 350 McAllister Street, San Francisco, CA  94102.

     I served the attached document described as a Petition for Review on the parties in the above-named case.  I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon.  I then placed the envelopes in an U.S. Postal Service mailbox in San Francisco, California, addressed as follows:


Office of the State Attorney General
600 W Broadway Ste 1800
P. O. Box 85266
San Diego, CA 92101

Court of Appeal
Fourth Appellate District, Division Three
601 W. Santa Ana Blvd.
Santa Ana, CA 92701

Superior Court of Orange County
Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701


     I, Tao Zhang, declare under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2018, at San Francisco, California.


Tao Zhang, Assistant Deputy Clerk

SUPREME COURT
# FILED

Court of Appeal, Fourth Appellate District, Division Three - No. G056519  SEP 26 2018

Jorge Navarrete Clerk

S250783

_____

Deputy

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re STEVEN ERIC GOULD on Habeas Corpus.

---

The petition for review is denied.

_____
CANTIL-SAKAUYE
*Chief Justice*



STEVEN ERIC GOULD
BE5607
Correctional Training Facility
PO BOX 689
Soledad, CA 93960-0689

OCT - 4 2018

JC

Clerk of the United States District Court
Central District of California
United States Courthouse
ATTN: Intake / Docket Section
312 North Spring Street
Los Angeles, CA 90012

UNITED STATES POSTAL SERVICE.
USPS TRACKING #
9114 9014 9645 0761 1400 91

"Confidential Legal Mail"

