# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:18-cv-01821-JGB-JC | Date | September 25, 2019 |
|---|---|---|---|
| Title | Steven Eric Gould v. People of the State of California, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none present | none present |

**Proceedings:** (IN CHAMBERS)

### ORDER DENYING MOTION FOR EVIDENTIARY HEARING WITHOUT PREJUDICE (DOCKET NO. 11)

On October 10, 2018, petitioner Steven Eric Gould filed a Petition for Writ of Habeas Corpus ("Petition") challenging the judgment in Orange County Superior Court Case No. 17WF1454. On December 10, 2018, petitioner filed a Request for an Evidentiary Hearing ("Petitioner's Motion"). On January 9, 2019, respondent filed an Answer. On February 1, 2019, petitioner filed a Reply. The matter is currently under submission.

At this juncture, Petitioner's Motion is denied without prejudice. The Court will *sua sponte* reconsider whether an evidentiary hearing is appropriate in connection with its further consideration of the merits of the Petition.

IT IS SO ORDERED.