TO: Clerk, U.S. District Court, Central District
FROM: Steven Eric Gould "Sui Juris"

CASE NUMBERS:  8:19 CV01870-JGB-JC
               8:19 CV01090-JGB-JC
               8:18 CV01821-JGB-JC ✓
               8:18 CV00206-JGB-JC



REQUEST: To the Clerk of the Court, I Steven Eric Gould hereby request to change the address of record in all four cases listed above.

Prior Address: { Steven Eric Gould
                330 South Casino Ctr Blvd.
                Las Vegas, NV 89101 }

New Current Address: Steven Eric Gould
                     500 Goletti Way
                     Sparks, Nevada 89431

DATED: 12-14-19

"ALL RIGHTS RESERVED"
Steven Eric Gould
UCC 3-419, UCC 3-501



Steven Eric Gould
Lakes Crossing Center
500 Galetti Way
Sparks, Nevada 89431

Clerk,
U.S. District Court
Central District of CA
255 E. Temple Street
Room 180 (Terrace L/l)
Los Angeles, CA 90012-1565

"Confidential Correspondence"